JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE C. DANIELS,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES et al.,<br><br>　　　Defendants. | Case No. 2:24-cv-02685-SB-KS<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order entered this day, it is ORDERED AND ADJUDGED that Plaintiff's claims are dismissed without prejudice.

　　This is a final judgment.

Date: June 10, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge